IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01084-REB-MJW

WILLIAM ABEGG,

Plaintiff,

v.

ADAMS/ARAPAHOE SCHOOL DISTRICT J8/AURORA PUBLIC SCHOOLS,
JOHN BERRY, Superintendent, in his personal, professional capacity,
JILL LLITERAS, Principal, in her personal and professional capacity,
TRUDY WICKS, School Security in her personal and professional capacity, and
KATHLEEN HOSTETLER, Legal Counsel, in her personal and professional capacity,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the defendants' Motion to Reschedule Scheduling/Planning Conference and Stay Discovery (Docket No. 27) is granted as set forth below.

      It is further ORDERED that the Rule 16 Scheduling/Planning Conference set for August 22, 2012, at 8:30 a.m. is vacated and will be reset, if necessary, following a ruling on the pending motion to dismiss. It is further

      ORDERED that discovery in this matter is stayed until further order of the court.

Date: August 16, 2012