# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01084-REB-MJW

WILLIAM ABEGG,

    Plaintiff,

v.

ADAMS-ARAPAHOE SCHOOL DISTRICT 28J/AURORA PUBLIC SCHOOLS,
JOHN BARRY, Superintendent, in his personal and professional capacity,
JILL LLITERAS, Principal, in her personal and professional capacity,
TUDY WICKS, School Security in her personal and professional capacity,
KATHLEEN HOSTETLER, Legal Counsel, in her personal and professional capacity,

    Defendants.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Adopting Recommendation of United States Magistrate Judge** [#33] entered by Judge Robert E. Blackburn on March 21, 2013, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion To Dismiss Second Amended Complaint** [#25] filed August 3, 2012, is **GRANTED**;

2. That under FED. R. CIV. P. 12(b)(6), the amended complaint [#10] is **DISMISSED**;

3. That **JUDGMENT IS ENTERED** in favor of the defendants, Adams-Arapahoe School District 28J/Aurora Public Schools, John Barry, Jill Lliteras, Tudy Wicks, and

Kathleen Hostetler, against the plaintiff, William Abegg, on all claims for relief and causes of action asserted in this case;

    4. That defendants are **AWARDED** their costs to be taxed by the clerk of the court in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1; and

    5. That this case is **CLOSED**.

DATED at Denver, Colorado, this 25th day of March, 2013.

                FOR THE COURT:

                JEFFREY P. COLWELL, Clerk

                By: s/Edward P. Butler
                      Edward P. Butler
                      Deputy Clerk